William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION              21 MC 102 (AKH)

_____X

HAROLD GABRIELSON (AND WIFE, DEBI
GABRIELSON)

                                                 **NOTICE OF THE
                                                 BROOKFIELD
                    V.                           PARTIES' ADOPTION
                                                 OF ANSWER
                                                 TO MASTER
                                                 COMPLAINT**

ALAN KASMAN DBA KASCO, ET. AL.,

                                                 CASE NUMBER: (AKH)
                                                 07 CV 5169

_____X

        PLEASE   TAKE   NOTICE   THAT   Defendants   Brookfield   Financial

Properties, Inc., Brookfield Financial Properties, L.P., Brookfield Properties One

WFC Co. LLC f/k/a WFP Tower A Co. L.P., Brookfield Properties One WFC G.P.

Corp. f/k/a WFP Tower A Co. GP Corp., WFP Tower B Co L.P., WFP Tower B Co.

GP Corp., BFP Tower C Co. LLC, BFP Tower C MM LLC, and WFP Retail Co.

L.P. (collectively the "Brookfield Parties"), as and for their responses to the

allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related

to the Master Complaint filed in the above referenced action, hereby adopt the

Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007,

which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster

Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
       January __31__ 2008

Faust, Goetz, Schenker & Blee, LLP

By: William J. Smith (WJS-9137)
Attorneys for the Brookfield Parties
Two Rector Street, 20th Floor
New York, NY 10006
(212) 363-6900